UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT DIGGINS (#437583)** | **CIVIL ACTION** |
| **VERSUS** | |
| **KENYON MEARDAY, ET AL.** | **NO. 16-579-JWD-RLB** |

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated December 20, 2017, to which an objection was filed:

**IT IS ORDERED** that any claims against Sgt. Kenyon Mearday, Sgt. Jones, and Major Simon are dismissed without prejudice for failure to serve them within the time periods required under Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that defendant Sgt. Turner's Motion for Summary Judgment (R. Doc. 21) is denied.

Signed in Baton Rouge, Louisiana, on <u>January 4, 2018</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA