UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT DIGGINS (#437583)

VERSUS

KENYON MEARDAY, ET AL.

CIVIL ACTION

NO. 16-579-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 23, 2019, to which an opposition (R. Doc.47) was filed;

**IT IS ORDERED** that the Cross Motions for Summary Judgment (R. Docs. 35 and 39) are denied.

**IT IS FURTHER ORDERED** that this matter is referred back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana, on <u>May 1, 2019</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA